IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

REX ALLEN TEAGUE,  )
                   )
    Plaintiff,     )
                   )
vs.                )  CV 97-P-2503-M
                   )
BILLY RAY O'BRYAN, )
                   )
    Defendant.     )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 24, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 30— day of December, 1997.

SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE